**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Salvador JAMAICA–ARELLANO, a.k.a.**
**Chava, Defendant–Appellant.**

No. 13–10420.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Aug. 31, 2015.

Samuel Wong, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Timothy Edward Warriner, Law Office of Timothy E. Warriner, Sacramento, CA, for Defendant–Appellant.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Salvador Jamaica–Arellano appeals from the district court's judgment and challenges his guilty-plea conviction and 70–month sentence for conspiracy to distribute at least 50 grams of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jamaica–Arellano's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jamaica–Arellano the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Jamaica–Arellano waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We ac-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cordingly dismiss the appeal. *See id.* at 988.[1]

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

1. This disposition does not affect the district court's amended order, effective November 1, 2015, which reduced defendant's sentence from 70 months to 57 months under 18 U.S.C. § 3582(c)(2).